198 So. 873

**Florence WADKINS et al. v. John WADKINS et al.**

**5 Div. 310.**

Supreme Court of Alabama.

Nov. 19, 1940.

PER CURIAM.

Appeal dismissed for want of prosecution.

---

199 So. 905

**Fernando WHITLOCK v. STATE.**

**8 Div. 89.**

Supreme Court of Alabama.

Jan. 16, 1941.

H. H. Hamilton, of Russellville, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

FOSTER, Justice.

Petition of Fernando Whitlock for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Whitlock v. State, 29 Ala.App. 697, 199 So. 918.

Writ denied.

GARDNER, C. J., and BOULDIN and LIVINGSTON, JJ., concur.

---

198 So. 873

**Lucile WILLIAMS, alias Smith, v. STATE.**

**6 Div. 725.**

Supreme Court of Alabama.

Nov. 5, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

GARDNER, Chief Justice.

Appeal withdrawn and dismissed.

---

196 So. 898

**WOODLAWN THEATRE CO., Inc., v. CONTINENTAL SECURITIES CORP. OF ALABAMA.**

**6 Div. 635.**

Supreme Court of Alabama.

June 6, 1940.

Wm. S. Pritchard and David R. Solomon, both of Birmingham, for appellant.

W. H. Sadler, Jr., and W. H. Sadler, III, both of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.